AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) DAVIS, ANDRE M | 2. Court or Organization U.S.D.C. Maryland | 3. Date of Report 5/17/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address U.S. Courthouse Room 5B 101 W. Lombard Street Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of MD School of Law Board of Visitors |
| 2. | Instructor | University of MD School of Law |
| 3. | Instructor | National Judicial College |
| 4. | Lecturer | Pass the Maryland Bar Exam, Inc. |
| 5. | Director | Open Society Institute-Baltimore |
| 6. | Member and Chair of the Board | Baltimore Urban Debate League, Inc. |
| 7. | Member of the Board | Big Brothers and Big Sisters of Central MD, Inc. |
| 8. | Member of the Board | Einstein Institute for Science, Health and the Courts |
| 9. | Member and Chair of the Board | Community Law in Action, Inc. |
| 10. | Chair of the Executive Committee | National Conference of Trial Judges/American Bar Association |
| 11. | Member | Faculty Council/National Judicial College |
| 12. | Director | Foundation for Research on Economics and the Environment |

RECEIVED
MAY 21 05 AM '04
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| DAVIS, ANDRE M | 5/17/04 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/24/03 | State of MD | 6000.00 |
| 2. | 7/31/03 | Pass the Maryland Bar Exam, Inc. | 3000.00 |
| 3. | 12/31/03 | State of MD | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Judicature Society | Mid-Year Meeting, 1/17/03, Alexandria, VA, Lodging, Food, Transportation |
| 2. | Roscoe Pound Institute | Education Program for Hawaiian Judges, 1/30-2/2/03, Honolulu, Lodging, Food, Transportation |
| 3. | American Bar Association | Mid-Year Meeting, 2/5-2/9/03, San Francisco, Lodging and Transportation |
| 4. | American Society of Law, Medicine, and Ethics | Scientific Evidence Colloquium, 3/12-3/15/03, San Diego, Lodging, Food, Transportation |
| 5. | American Law Institute-American Bar Association | Continuing Legal Education Course, 4/2-4/6/03, San Francisco, Lodging, Food, Transportation |
| 6. | American Bar Association | Spring Planning Meeting of the Judicial Division, 5/1-5/4/03, Aspen, CO, Lodging, Food, Transportation |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DAVIS, ANDRE M | 5/17/04 |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | American Bar Association | Judicial Education Course (University of Memphis), 5/30-6/2/03, Memphis, TN, Lodging, Food, Transportation |
| 8. | Foundation for Research on Economics and the Environment | Education Seminar, 7/8-7/13/03, Bozeman, MT, Lodging, Food, Transportation |
| 9. | American Bar Association | Annual Meeting, 8/7-8/11/03, San Francisco, Lodging |
| 10. | American Law Institute-American Bar Association | Continuing Legal Education Program on Patent Law, 8/29/03, Philadelphia, PA, Food and Transportation |
| 11. | American Bar Association | Meeting of the Standing Committee on Criminal Standards, 9/11-9/14/03, Seattle, Lodging, Food, Transportation |
| 12. | George Mason School of Law/Center for Law and Economics | Education Seminar, 10/10-10/16/03, Tucson, AZ, Lodging, Food, Transportation |
| 13. | National Judicial College | Meeting of the Faculty Council, 10/23-10/25/03, Reno, NV, Lodging, Food, Transportation |
| 14. | Internation Bar Association | Trial Observer, 10/31-11/06/03, Harare, Zimbabwe, Lodging, Food, Transportation |
| 15. | American Law Institute-American Bar Association | Continuing Legal Education Course, 11/13-11/15/03, Washington, D.C., Lodging, Food, Transportation |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bureau of National Affairs | Subscription to U.S. Law Week | $2,500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Unsecured Line of Credit | J |
| 2. | MBNA | Mastercard | K |
| 3. | Bank of America | Secured Line of Credit | J |
| 4. | U S Department of Education | Education Loan | K |
| 5. | Bank One National Bank | Unsecured Line of Credit | J |
| 6. | Washington Mutual Mortgage Company | Real Estate Mortgage | K |
| 7. | Bank of America | Real Estate Mortgage | J |

## VII. INVESTMENTS and TRUSTS– income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   TIAA 403(b) | A | Dividend | K | W | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | DAVIS, ANDRE M | 5/17/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The previously-listed rental property which appeared in Part VII of prior reports is still owned and has not been disposed of but it is no longer held as an investment asset. Accordingly, it has not been listed on this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date  May 17, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544